**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 8, 2022**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00616-CV

## HOUSTON ASTROS, LLC AND HOUSTON ASTROS MANAGEMENT, INC., Appellants

## V.

## ADAM WALLACH, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, Appellees

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-10637**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 17, 2020. On February 17, 2022, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot and Wilson.